# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

|  |  |
|---|---|
| HIRSCHBACH MOTOR LINES, INC., | |
| Plaintiff, | No. 20-cv-1031-MAR |
| vs. | **ORDER** |
| NAVISTAR, INC. and NAVISTAR INTERNATIONAL CORPORATION, | |
| Defendants. | |

_____

Before me are two motions: Defendant Navistar, Inc.'s Agreed Motion for Leave to File Under Seal and Motion to File Overlength Brief. (Docs. 24 and 25.) Navistar seeks to file its Motion to Dismiss and for a More Definite Statement and supporting brief under seal because the documents contain confidential information pursuant to agreements signed by both parties. Navistar also seeks to file an overlength brief in support of its motion to dismiss.

**IT IS ORDERED** for good cause and the reasons stated in the motions, the motions are **granted.** Defendant Navistar shall file its motion to dismiss and supporting documents **electronically** under seal. Navistar may also file an overlength brief not to exceed 30 pages.

**IT IS SO ORDERED** this 16th day of October, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa