IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| HIRSCHBACH MOTOR LINES, INC., | ) ) | No. 20-cv-01031 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | DEFENDANT NAVISTAR INC.'S MOTION TO DEEM MOTION (DOC. 28) AS TIMELY FILED **(AGREED)** |
| NAVISTAR, INC. and NAVISTAR INTERNATIONAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

Defendant Navistar, Inc. ("Navistar"), for its Motion to Deem Motion (Doc.28) as Timely Filed (Agreed), states:

1. Pursuant to court Order (Doc. 12), defendants' deadline to file an answer or responsive pleading to plaintiff's Complaint was October 15, 2020.

2. On October 15, 2020, Navistar filed an Agreed Motion for leave to file a Motion to Dismiss and for a More Definite Statement under seal (Doc. 24). By instruction of the court, immediately upon filing the Agreed Motion for leave to file under seal, Navistar emailed to the court the documents it wished to have filed under seal: Motion to Dismiss and for a More Definite Statement; supporting brief, and Exhibit A.

3. On October 16, 2020, the court entered an Order (Doc. 27) granting Navistar's Motion for leave to file under seal.

4. Eleven minutes after the entry of the court's Order (Doc. 27), Navistar filed under seal its Motion to Dismiss and for a More Definite Statement; supporting brief, and Exhibit A. (Docs. 28, 28-1, 28-2).

1

4. Navistar requests its Motion to Dismiss and for a More Definite Statement, supporting brief, and Exhibit A be deemed filed as of October 15, 2020 and therefore timely.

5. Pursuant to LR 7(k), counsel for Navistar personally conferred with counsel for Hirschbach concerning the relief requested by this Motion and obtained Hirschbach's consent to this Motion.

6. The parties further agreed for Hirschbach to have until Tuesday, November 17, 2020 to file its response to Navistar's Motion to Dismiss and for a More Definite Statement and for Navistar to have until Wednesday, December 9, 2020 to file its reply. Hirschbach will be filing an Agreed Motion regarding this briefing schedule.

For these reasons, Defendant, Navistar, Inc., requests the court enter an Order finding its Motion to Dismiss and for a More Definite Statement, supporting brief, and Exhibit A be deemed filed as of October 15, 2020 and therefore timely.

Respectfully submitted,

 */s/ Stephanie Hinz*
**STEPHANIE HINZ** (#AT0003506)
shinz@pbalawfirm.com
**PICKENS, BARNES & ABERNATHY**
1800 First Avenue NE, Suite 200
Cedar Rapids, Iowa 52407-4170
Telephone: (319) 366-7621
Facsimile: (319) 366-3158

**JEFFREY PATTERSON** (*pro hac vice* pending)
Texas Bar No. 15596700
jpatterson@hartlinebarger.com
**TYLER G. STUART** (*pro hac vice* pending)
Texas Bar No. 24056391
tstuart@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118

2

**CARY PERLMAN** (PHV 6197698)
cary.perlman@lw.com
**ROBIN HULSHIZER** (PHV 6230994)
robin.hulshizer@lw.com
**KEVIN M. JAKOPCHEK** (PHV 6317040)
kevin.jakopchek@lw.com
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7244

**ATTORNEYS FOR DEFENDANT
NAVISTAR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all known counsel of record as listed below via the court's electronic case filing system on October 20, 2020.

**JEANA L. GOOSMANN (#AT0002984)**
GoosmannJ@goosmannlaw.com
GOOSMANN LAW FIRM, PLC
410 5th Street
Sioux City, IA 51101
712-226-4000 (phone)
712-224-4517 (fax)

*/s/ Stephanie Hinz*
**STEPHANIE HINZ**

3