IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NAVISTAR, INC. & NAVISTAR INTERNATIONAL CORPORATION,<br><br>Defendants. | Case No. 20-1031<br><br><br>**PROPOSED SCHEDULING ORDER**<br>**AND**<br>**DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? **Yes.**

If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **January 22, 2021.**

*If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this schedule and plan has been submitted, serve and file a document in which the objections are set forth with particularity.*

2. Deadline for motions to add parties: **January 24, 2022.**
3. Deadline for motions to amend pleadings: **January 24, 2022.**
4. Expert witnesses disclosed by:
   a) Plaintiff: **December 10, 2021.**
   b) Defendant: **February 11, 2022.**
   c) Plaintiff Rebuttal: **March 14, 2022.**
5. Deadline for *completion* of discovery: **April 25, 2022.**

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): **May 25, 2022.**

7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*): **October 24, 2022.**

8. Has a jury demand been filed? **Yes.**

9. Estimated length of trial: **10 days.**

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? **No.**

11. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? **Yes.**

Dated November 19, 2020.

**HIRSCHBACH MOTOR LINES, INC.,
Plaintiff,**

BY: */s/ Jeana L. Goosmann*
Jeana L. Goosmann, AT0002984
Daniel Epstein (*pro hac vice*)
Anna Limoges (*pro hac vice*)
Goosmann Law Firm, PLC
410 5th Street
Sioux City, IA 51101
Phone: (712) 226-4000
Fax: (712) 224-4517
Email: GoosmannJ@GoosmannLaw.com
EpsteinD@GoosmannLaw.com
LimogesA@GoosmannLaw.com

*Attorneys for Plaintiff*

**NAVISTAR, INC.,**
**Defendant,**

BY: /s/ *Stephanie Hinz*
Stephanie Hinz, AT0003506
Pickens, Barnes & Abernathy
1800 First Avenue NE, Suite 200
Cedar Rapids, Iowa 52407-4170
Phone: (319) 366-7621
Fax: (319) 366-3158
Email: shinz@pbelawfirm.com

Cary R. Perlman (*pro hac vice*)
Robin M. Hulshizer (*pro hac vice*)
Kevin M. Jakopchek (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone:
Fax:
Email: cary.perlman@lw.com
robin.hulshizer@lw.com
kevin.jakopchek@lw.com

Jeff Patterson (*pro hac vice*)
Tyler Stuart (*pro hac vice*)
Hartline Barger LLP
8750 N. Central Expy., Suite 1600
Dallas, TX 75231
Phone: (214) 732-9197
Fax: (214) 267-4201
Email: jpatterson@hartlinebarger.com
tstuart@hartlinebarger.com

*Attorneys for Defendants*