# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC., Plaintiff(s) vs. NAVISTAR, INC., Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 20-cv-1031-LTS<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: AMS<br>Official Court Record: FTR Gold |

| Date: | 12/03/2020 | Start: | 8:29 a.m. | Adjourn: | 8:40 a.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Daniel J. Epstein | | | | | |
| | | Defendant(s): | Stephanie L. Hinz and Jeffrey S. Patterson | | | | | |
| | | U.S. Probation: | | | | | | |
| | | Interpreter: | | Language: | | Certified: | Phone: | |

**TYPE OF PROCEEDING:** Rule 16(b) & 26(f) Scheduling Conference   Contested?   Continued from a previous date?

Motion(s):   Ruling:

Matters discussed:

16(b) & 26(f) scheduling conference. The parties discussed the deadlines contained in the proposed scheduling order and discovery plan previously provided to the court. The parties discussed the status of settlement discussions. A scheduling order and discovery plan will follow.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**