# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

HIRSCHBACH MOTOR LINES, INC.,

    Plaintiff,

vs.

NAVISTAR, INC.,

    Defendant.

No. 20-cv-1031-LTS

**SCHEDULING ORDER AND DISCOVERY PLAN**

*I.* **INTRODUCTION:** This order sets forth the deadlines applicable to this case. The Court expects the parties to adhere strictly to all deadlines specified in this order. A party who elects to represent himself/herself is held to the same deadlines as an attorney.

*II.* **DEADLINES:**

    *A.* Initial disclosures: January 22, 2021

    *B.* Motions to add parties: February 4, 2021

    *C.* Motions to amend pleadings: February 4, 2021

    *D.* Expert witness disclosures:

        1. Plaintiff's expert(s): March 8, 2021

        2. Defendant's expert(s): May 10, 2021

        3. Plaintiff's rebuttal expert(s): June 10, 2021

    *E.* Completion of discovery: August 9, 2021

    *F.* Dispositive motions: September 9, 2021

    *G.* Trial ready date: February 14, 2022

    *H.* Duration of trial: __10 days__      Jury Demand __X__ Yes _____ No

## III. CONSENT:

The parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3). _____ Yes __X__ No

## IV. REQUESTS FOR HEARINGS:

The Court encourages participation in the conduct of hearings on motions by lawyers who drafted or contributed to the motion or resistance and/or preparation for the hearing. A representation that the argument on motions will be handled, in whole or in part, by the lawyer(s) who drafted or contributed to the motion or resistance may weigh in favor of granting a hearing.

**IT IS SO ORDERED** this 3rd day of December, 2020.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa